**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All Cases | MASTER DOCKET<br><br>18-MD-2865 (LAK) |

### NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S MOTION FOR LEAVE TO AMEND ITS COMPLAINTS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated March 27, 2020, and the Declaration of Marc A. Weinstein, dated March 27, 2020, with all exhibits thereto, Plaintiff Skatteforvaltningen, by its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order pursuant to Rules 15(a) and 21 of the Federal Rules of Civil Procedure granting SKAT leave to file its proposed amended complaints, and for such other and further relief as the Court deems just and proper.

2

Dated: New York, New York
       March 27, 2020

        HUGHES HUBBARD & REED LLP

        By:   /s/ Marc A. Weinstein
            William R. Maguire
            Marc A. Weinstein
            Neil J. Oxford
       One Battery Park Plaza
       New York, New York 10004-1482
       Telephone: (212) 837-6000
       Fax:  (212) 422-4726
       bill.maguire@hugheshubbard.com
       marc.weinstein@hugheshubbard.com
       neil.oxford@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*