**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: All Cases.

MASTER DOCKET

18-md-2865 (LAK)

*MEMO ENDORSED*

**MOTION FOR ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICIAL
ASSISTANCE TO OBTAIN EVIDENCE IN THE BRITISH VIRGIN ISLANDS**

PLEASE TAKE NOTICE that the undersigned attorneys for the plaintiff

SKATTEFORVALTNINGEN ("SKAT"), the Customs and Tax Administration of the Kingdom

of Denmark, will apply before the Honorable Lewis A. Kaplan of the Southern District of New

York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York,

New York, 10007, at a time and date to be determined by the Court, for the issuance of a Request

for International Judicial Assistance Pursuant to the Evidence (Proceedings in Foreign

Jurisdictions) Ordinance, Cap. 24 (Oct. 1, 1988) (Virgin Is.).  In support of this motion, SKAT

relies upon the accompanying Memorandum of Law and Declaration of Neil J. Oxford dated

April 27, 2020 and the exhibits attached thereto.

*Granted*

*6/30/2020*